propriate authorities to act upon his "Application for Redress of Grievance" by motion addressed to the military judge, it is, by the Court, this 19th day of July 1971,

ORDERED:

That said Petition be, and the same is, hereby dismissed, 28 USC § 1651(a); United States v Best, 6 USCMA 39, 19 CMR 165 (1955).

September 21, 1971

No. 71–34 Noah Clifford Brooks, AN, U. S. Naval Reserve v United States.

On consideration of the "Motion to Dismiss Application for Writ of Habeas Corpus", construed by the Court as a Motion for Leave to Withdraw said Application, filed in the above-entitled action, it is, by the Court, this 21st day of September 1971,

ORDERED:

That said motion be, and the same hereby is, granted.

December 8, 1971

No. 24,319 United States v Leonard H. Swartz, Jr., PVT, U. S. Army (CM 423368).

On consideration of the "Request for Extension of Time to Consider Certification" in the above-entitled case, and construed by the Court as a Motion for Leave to File a Certificate for Review, it appearing that said Certificate was received subsequent to the expiration of the thirty-day period established by Rule 25 of the Rules of Practice and Procedure and no adequate explanation of said delay has been advanced to justify a waiver of said Rule 25, it is, by the Court, this 8th day of December 1971,

ORDERED:

That said motion be, and the same is, hereby denied.

Opinion rendered on first Certificate on October 8, 1971. 21 USCMA 75, 44 CMR 129.

No. 24,876 United States v Michael A. Jackman, SP–4, U. S. Army (CM 424915).

On consideration of the "Request for Extension of Time to Consider Certification" in the above-entitled case, and construed by the Court as a Motion for Leave to File a Certificate for Review, it appearing that said Certificate was received subsequent to the expiration of the thirty-day period established by Rule 25 of the Rules of Practice and Procedure and no adequate explanation of said delay has been advanced to justify a waiver of said Rule 25, it is, by the Court, this 8th day of December 1971,

ORDERED:

That said motion be, and the same is, hereby denied.

